**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *MARISSA SANCHEZ*, individually and on behalf of all others similarly situated, | Case No.: 1:23-cv-1297 |
| Plaintiff, | |
| v. | **FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES** |
| *WALMART INC.*, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff, Marissa Sanchez, individually and on behalf of all others similarly situated, ("Plaintiff") by her undersigned counsel, brings this First Amended Class Action Complaint against Defendant Walmart Inc., (hereinafter "Defendant" or "Walmart") and alleges upon personal knowledge as to her acts and experiences, and as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

<u>**NATURE OF THE SUIT**</u>

1.     In order to profit off of the sustainability conscious consumer, and to keep pace with consumer demands for sustainable seafood, Walmart has engaged in a uniform, multi-channel, pervasive advertising campaign to market itself as a sustainable food manufacturer, acknowledging sustainability as a purchase driver when selling seafood in a market composed of health and environmentally conscious consumers.

2.     Walmart is able to charge a premium for its frozen Great Value and Sam's Choice Products[1] as a result of its uniform, pervasive sustainable seafood marketing campaign—a

---

[1] As described herein, "Seafood Products" or "Products" refer to Great Value Pink Salmon Fillets, Fish Fillets, Fish Sticks, Wild Caught Skinless Haddock Fillets, Pacific Cod Skinless Fillets and Sam's Choice products including Alaska Cod Loins, North Atlantic Cold Water Lobsters, North Atlantic Cold Water Lobster Tails with Butter, Snow Crab Legs, Sea Scallops, Wild Alaskan

1

message it communicates to consumers most prominently through a "certified sustainable seafood" front-of-label representation on every Seafood Product package. Walmart's sustainability representations are reinforced through its multi-channel marketing campaign that includes additional statements on its Seafood Products' labeling that Walmart is "committed to sourcing sustainable seafood" and directs consumers to visit its website "to see our full seafood sustainability commitment," as well as signage and in-store/in-club marketing campaigns in order to tell Walmart's "story of sustainability" to consumers. Additionally, consistent with its uniform sustainability marketing campaign, several of the Seafood Products contain a stamp which claims, "Sustainably Sourced—100%—Sustainability" or statements that the Seafood Product is "sustainably harvested." Walmart's Seafood Product labeling also touts an adoption of sustainability standards of the Marine Stewardship Council ("MSC"),[2] a company that Walmart has partnered with to reinforce its sustainability commitment to consumers, and to which Walmart pays royalties from the sale of the Seafood Products. Walmart's partnership with MSC is reinforced on the Seafood Product labeling through MSC's certification in the form of a blue stamp on each package (hereinafter, the "Blue Tick") to help sell the Seafood Products. All of Walmart's Seafood Products contain at least one of the above-listed sustainability statements, and all are

---

Sockeye Salmon sold nationwide. The labels of the different varieties of Products are substantially similar in the representations made to consumers.

[2] Walmart.com, *Walmart Takes Lead On Supporting Sustainable Fisheries*, Feb. 5, 2006, https://corporate.walmart.com/newsroom/2006/02/05/wal-mart-takes-lead-on-supporting-sustainable-fisheries (last visited July 14, 2023).

backed by Walmart's sustainability promise and the "story behind its packaging,"[3] which Walmart has used to "earn consumer trust."[4] (hereinafter and collectively, the "Sustainability Promise").

3.  As shown herein, despite its Sustainability Promise, Walmart sources its Seafood Products from fisheries that engage in fishing practices that indiscriminately harm marine life and ocean ecosystems.

4.  Walmart has engaged in and crafted an intentional, uniform marketing campaign, which includes representations on the Seafood Product labels, in-store and in-club signage, authorized retailer websites, press tours, interviews, and press releases, all with the goal of delivering the uniform message to consumers that the Seafood Products are sustainable. As described herein, there is no question that Walmart's Sustainability Promise emanates from a deliberate and manufactured company policy to convince consumers that the Seafood Products are sustainably sourced in a manner that "supports ocean health,"[5] and that its priorities in providing sustainable fish include preventing "overfishing," "bycatch," and "illegal, unreported, and unregulated fishing."[6]

5.  Through its Divisional Merchandise Manager for Seafood and Seasonal Meats, Jacqui Lyons, Walmart explained how it communicates its Sustainability Promise to consumers: "People want to feel good about the products they buy, and our customers count on us to deliver access to safe, healthier, and affordable products in a way that is sustainable. That's why Walmart

---

[3] Chris Coulter, GlobeScan, *What Will the Future Hold for the Conscious Seafood Consumer?*, SeafoodSource, https://www.seafoodsource.com/videos/conference-recordings/what-will-the-future-hold-for-the-conscious-seafood-consumer, at 27:48 (Last visited July 7, 2023).

[4] *Id.*

[5] Walmart.com, Environmental, Social & Governance Reporting 2023 ("ESG Report 2023"), *Environmental, Regeneration of Natural Resources: Forests, Land, Oceans*, June 2, 2023, https://corporate.walmart.com/esgreport/ (last visited July 14, 2023).

[6] *Id.*

encourages suppliers to certify products and works with them to increase transparency and traceability back to products' origin."[7]

6.      Likewise, through its Senior Manager of Sustainability, Marife Casem, Walmart acknowledged that it utilizes a uniform, multi-marketing media campaign where it "shares the sustainability stories" and communicates its "Sustainability Promise" to consumers who "read not only the labeling but the story behind the packaging."[8]

7.      One component of this story is Walmart's alliance with MSC, a company that provides certification for allegedly sustainable, wild-caught seafood to companies that pay to use its Blue Tick.

8.      Walmart has touted its partnership with MSC, explaining in a press release that the partnership was intended to "assure customers that they are buying from a retailer that is taking concrete steps to keep wild-caught fish available to present and future generations"[9] including an "easy way for consumers to identify seafood from fisheries that meet strict environmental standards."[10]

9.      Walmart's decision to utilize MSC as part of its overall sustainability campaign was highly calculated, as Walmart's stated use of the MSC label is to avoid "consumer confusion" and to "simplify the messaging"[11] as "people want to feel good about the products they buy, and

---

[7] Rick Stein, The Food Marketing Institute, *Checking In with Walmart on Seafood Sustainability*, Oct. 26, 2020, https://www.fmi.org/blog/view/fmi-blog/2020/10/26/checking-in-with-walmart-on-seafood-sustainability (last visited July 14, 2023).

[8] SeafoodSource, *supra* n. 3, at 27:48.

[9] *Walmart Takes Lead on Supporting Sustainable Fisheries*, *supra* n.2.

[10] Walmart.com, *Wal-Mart Stores Inc., Introduces New Label To Distinguish Sustainable Seafood*, Aug. 30, 2006, https://corporate.walmart.com/newsroom/2006/08/30/wal-mart-stores-inc-introduces-new-label-to-distinguish-sustainable-seafood (last visited July 14, 2023).

[11] SeafoodSource, *supra* n.3, at 16:30.

[Walmart's] customers count on us to deliver access to safe, healthier, and affordable products in a way that is sustainable."[12]

10.     Walmart knows that conscientious consumers go shopping in search of sustainable products, which, in turn, drives market share. Reasonable consumers believe the fisheries used to source the Seafood Products are maintaining healthy fish populations and protecting ocean ecosystems. In fact, as described herein, Walmart and MSC's standards themselves promise such protections of the oceans and marine life. Walmart has acknowledged that unsustainable fishing practices—no reasonable consumer would believe meet the definition of "sustainability"—include overfishing, illegal, unreported, and unregulated fishing, and destructive fishing practices, yet it has engaged in these very practices with respect to the Seafood Products bearing its Sustainability Promise.

11.     Sadly, despite its Sustainability Promise, Walmart does not promote the health and preservation of marine ecosystems—a basic pillar of sustainability. Instead, while profiting off of the false and misleading Sustainability Promise, Walmart conceals the use of harmful fishing practices used for its Seafood Products and hides behind the hollow MSC certification, which Walmart has acknowledged is an important mechanism for legitimizing its sustainability marketing campaign that makes the Seafood Products more appealing to an ever-growing environmentally conscious consumer base.

12.     The MSC certified fisheries that supply the fish for Walmart's Seafood Products do not provide the promised protections and, instead, engage in the following conduct, which indisputably *defies* Walmart's promise of sustainability: the suffocation and crushing of dolphins caught in fishing nets that are then hauled onto fishing boats while severely injured or dead; the

---

[12] Stein, *supra* n. 7.

torturously slow death of endangered sea turtles after getting caught on large hooks meant for haddock; and the entangling of critically endangered whales by fishing gear causing deep wounds and intense suffering.

13.     By failing to disclose that its Seafood Products are *unsustainably* sourced through use of fishing methods that harm ocean habitats and marine life, and representing that the Seafood Products are sustainably sourced, Walmart has induced reasonable consumers, including Plaintiff and Class Members, to become unwitting participants in the very environmental crisis they attempt to avoid by purchasing and paying a premium for Walmart's Seafood Products.

14.     Reasonable consumers generally understand seafood to be sustainably sourced if the fishing methods utilized do not harm the marine ecosystem and promote marine health. It thus follows that the many *unsustainable* fishing practices described herein—which all indisputably harm marine life and ecosystems—would not be considered sustainable by the reasonable consumer.

15.     Reasonable consumers are not required to look beyond the label and marketing representations to understand a company's promises. Here, the label representations alone (which are reinforced with a prominent marketing campaign), confirm a reasonable consumer's basic expectations of sustainability in purchasing allegedly sustainable products.[13]

16.     Walmart's failure to ensure the truthfulness of the Sustainability Promise constitutes a violation of the explicit commitments it makes to consumers on each and every Seafood Product label. These baseless commitments include the assurance that Walmart has the proper, company-wide monitoring in place to verify the sustainability and traceability of the

---

[13] Marine Stewardship Council, *About the MSC*, https://www.msc.org/en-us/about-the-msc (last visited July 14, 2023) (highlighting protection of healthy fish populations, careful management of ecosystems, and adaptations to changing environmental circumstances).

fishing practices used to source the Seafood Products. Instead, Walmart knew or should have known that the companies sourcing its Seafood Products engaged in *unsustainable* fishing methods, and also failed to ensure that the fisheries sourcing the Seafood Products only use sustainable means, making Walmart's promises meaningless.

17.     Due to Walmart's deceptive and misleading labeling, Plaintiff and reasonable consumers purchased the Seafood Products based upon their reasonable belief and reliance on Walmart's Sustainability Promise. Had Plaintiff and Class Members been aware that Walmart's Seafood Products are not sustainably sourced, Plaintiff and Class Members would not have purchased the Seafood Products or would have paid less for the Products. Accordingly, Plaintiff and Class Members have been injured by Walmart's deceptive business practices.

## JURISDICTION AND VENUE

18.     The Court has original jurisdiction under 28 U.S.C. § 1332(d)(2) because the matter in controversy: (1) is a class action involving more than 100 class members, (2) involves members of a proposed class with citizens of states that are different from Walmart's home state, and (3) exceeds the sum or value of $5,000,000, exclusive of interests and costs.

19.     This Court has personal jurisdiction over Walmart because Walmart conducts and transacts substantial business in Illinois. Walmart has intentionally and purposefully marketed, promoted, distributed, and sold the Products at issue in Illinois, rendering exercise of jurisdiction by Illinois courts permissible.

20.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to Plaintiff's and Class Members' claims occurred in this District.

## PARTIES

**Plaintiff**

21.     Plaintiff Marissa Sanchez resides in Chicago, Illinois and is a citizen of Illinois. Throughout the relevant period, Plaintiff Marissa Sanchez purchased the Seafood Products at issue in this lawsuit and was exposed to and reasonably relied upon Walmart's sustainable representations, including Walmart's Sustainability Promise to consumers on the Seafood Product packaging. Specifically, Plaintiff Sanchez purchased Walmart Great Value, frozen Pink Salmon, frozen Pacific Cod, and Breaded Fish Sticks from a local Chicago, Illinois Walmart store numerous times in 2022. Plaintiff Sanchez reviewed the Seafood Product packaging as a whole, including the front-label representations, and reasonably believed from these representations that the Seafood Products were sustainably sourced, meaning they were sourced in a manner that would not harm the marine ecosystem and promote marine health. In reasonable reliance on these representations, Plaintiff Sanchez paid an increased cost for the Seafood Products, which were worth less than represented because the statements were not true and were highly misleading. The sustainability representations on the Seafood Product packaging, including those on the front label of the Seafood Products, were part of the basis of the bargain in that Plaintiff Sanchez attributed value to those representations and Plaintiff Sanchez would not have purchased the Seafood Products, or would not have purchased them on the same terms, if she knew the sustainability representations were untrue and/or misleading. Plaintiff Sanchez paid a price premium for empty promises of sustainability that Walmart did not keep. Had Plaintiff Sanchez been aware that the sustainable representations made by Walmart on the Seafood Product Packaging were untrue, she would have paid less for the Seafood Products, or would not have purchased them at all.

**Defendant**

22.     Walmart Inc., formerly known as Wal-Mart Stores, Inc. ("Walmart"), is incorporated in Delaware with its principal place of business in Bentonville, Arkansas. Walmart transacts, or has transacted, business in this District, as well as throughout the United States and worldwide.

## FACTUAL BACKGROUND

**I.     Consumer Demand Drives Walmart's Aggressive Marketing as a Sustainable Food Retailer.**

23.     Walmart has endeavored to market itself as a sustainable food retailer through marketing campaigns on both the product and brand level in an attempt to profit off of the sustainably conscious consumer. [14]

24.     Confirming that sustainably sourced seafood is a necessity to maintaining and increasing its market share, Walmart's Senior Manager of Sustainability, Marife Casem, emphasized the importance of Walmart's sustainability marketing campaign stating, "consumers are beginning to look into the sustainability stories of companies"[15] and "*consumers are […] reward[ing] socially responsible companies.*"[16]

25.     Consistent with Ms. Casem's statement, consumers have ranked "no pollution to the environment" and "respect to fish welfare" as two of the four most essential elements of sustainable aquaculture.[17]

---

[14] SeafoodSource, *supra* n.3.

[15] *Id*. at 28:00.

[16] *Id*. at 10:20.

[17] *Id*.

26.     Further, research demonstrates that claims related to sustainability are perceived by many consumers to mean "produced according to higher animal welfare standards,"[18] and that consumers associate the term "sustainable" with environment and atmosphere preservation (80%) and animal welfare and protection (76%).[19]

27.     Nearly half of millennials value factors like social impact and transparency over traditional value drivers like price.[20] In fact, a survey by Cargill found that 88% of Americans (and 93% of millennials) are willing to pay more for sustainable and responsibly sourced seafood.[21]

28.     Moreover, a study on consumer perception of the phrase "ecologically sustainable" found that a majority of consumers "expect eco-labelled seafood to be harvested in a way that reduces impact on the fish population or the marine environment."[22]

29.     Walmart, as a sophisticated corporation, is well aware of this consumer demand. During an interview with the Ross School of Business, Walmart's Chief Sustainability Officer, Kathleen McLaughlin, highlighted the importance of Walmart's sustainability marketing, stating "At Walmart we invest in sustainability because our customers trust us not only to bring them

---

[18] Katrin Zander *et al*., *Consumers' Willingness to Pay for Sustainable Seafood Made in Europe*, 30 J. Int'l Food & Agribusiness Marketing 251 (Dec. 22, 2017).

[19] Krystle Morrison, *How Do Consumers Really Feel About Sustainability?*, Food Industry Executive (Jan. 25, 2022) https://foodindustryexecutive.com/2022/01/how-do-consumers-really-feel-about-sustainability/ (last visited July 14, 2023).

[20] Capitalizing on the shifting consumer food value equation. Rep. Deloitte Development, 2015, p. 2. Web. 24 Aug. 2017. <http://www.gmaonline.org/filemanager/FMI_GMA_Report_rev_008.pdf#sthash.EmnFgZaj.dpuf> (last visited July 14, 2023).

[21] Cargill survey: *Americans Will Splurge on Sustainable Seafood*, Undercurrent News, 17 Aug. 2017. Web. 24 Aug. 2017. https://www.undercurrentnews.com/2017/08/17/cargill-survey-americans-will-splurge-onsustainable-seafood/ (last visited July 14, 2023).

[22] Loren McClenachan *et al*., *Fair Trade Fish: Consumer Support for Broader Seafood Sustainability*, 17 FISH & FISHERIES 825 (Sept. 2016).

affordable products anywhere, anytime, anyplace, but they expect us to do so in a way that is good for the environment."[23]

30.     In January 2006, Peter Redmond, Walmart's Vice President and Divisional Merchandise Manager of Deli and Seafood, began Walmart's efforts to develop a seafood business plan to profit off of the sustainability conscious seafood consumer.[24] During a conversation with then Walmart CEO Lee Scott, Mr. Redmond recalled an early conversation on sustainability:

> I will always remember that first meeting that I had with him on sustainability, and his comment that *the color of money is always going to be green*. And he laid that out in two ways. First, it's just the right thing to do; but second *it was a very savvy move because, if we align ourselves now correctly, five or ten years down the road, this will pay off from the business point of view.*[25]

31.     Walmart's decision to market itself to the sustainability conscious consumer ultimately was a "savvy move" as Walmart has become the world's largest seller of seafood,[26] largely promoted by Walmart's Sustainability Promise that is marketed to consumers utilizing in-store marketing,[27] social media,[28] and online sales with the creation of an entire "sustainable

---

[23] Ross School of Business, Chief Sustainability Office of Walmart – 60 Seconds in the C-Suite, May 4, 2017, https://www.youtube.com/watch?v=_9Zbzh0IgHk at 0:00 – 0:20 (last visited July 14, 2023).

[24] Hayatt, D.G., *Walmart's Sustainability Journey: Peter Redmond and the Search for Sustainable Seafood.* Wal-Mart Sustainability Case Project (2012) https://scholarworks.uark.edu/cgi/viewcontent.cgi?article=1008&context=scmtwscp (last visited July 14, 2023).

[25] *Id*. at p. 2 (emphasis added).

[26] *Id*. at p. 1.

[27] ESG Report 2023, Product Supply Chain Sustainability, Sourcing Specifications, Customer Engagement, *supra* n.5.

[28] Walmart.com, *Social Media Guidelines*, https://corporate.walmart.com/policies (last visited July 14, 2023).

seafood" product section.[29] As reported by Walmart's Divisional Merchandise Manager for Seafood and Seasonal Meat for Walmart U.S.:

> Walmart is thrilled with the results of its fresh and frozen sustainable seafood marketing efforts initiated in April 2020. Stores running this campaign and investing in sustainable seafood space and assortment changes have seen around a 25% improvement in fresh seafood sales compared to the rest of Walmart's U.S.'s chains of store. Providing transparency is clearly what the customer has been asking for and we will continue to find ways to do so.[30]

32.    Further recognizing the necessity of communicating its sustainability efforts to consumers, Walmart has adopted a Seafood Policy that contains a pledge to customers that "our customers and members count on Walmart and Sam's Club to deliver affordable products in a way that is sustainable for people and the planet. To meet those needs, [Walmart and Sam's Club] work with partners all along the supply chain to improve the sustainability of products we sell."[31] Walmart's Seafood Policy further claims "We serve hundreds of millions of customers every year, and we advocate for them among suppliers to provide more sustainably produced products"[32] and "are dedicated to providing the highest in quality and safety through practices that promote sustainable fisheries and social responsibility."[33]

33.    In addition to its front-of-label promises ("Sustainably Sourced – 100% - Sustainability," "sustainably harvested," as well as the Blue Tick and "Certified Sustainable Seafood" promise), Walmart communicates its commitment to sustainability on the back of the

---

[29]      Walmart.com, *Sustainable Seafood in Meat & Seafood*, https://www.walmart.com/browse/food/sustainable-seafood/976759_9569500_5826277 (last visited July 14, 2023).

[30] Stein, *supra* n. 7.

[31] Walmart.com, *Seafood Policy*, Section I: Sustainable Products at Walmart, Our Pledge to Customers/Members, https://corporate.walmart.com/policies (last visited July 14, 2023).

[32] *Id.*, Section III: Walmart's Position

[33] *Id.*

packaging ("committed to sourcing stainable seafood" and direction to consumers to visit its website "to see our full seafood sustainability commitment"), utilizing as much label real estate as possible to communicate its sustainable message to consumers. Examples of these representations on Walmart's Seafood Products can be seen in the images below:







34

---

[34] Sustainable Seafood in Meat & Seafood, *supra* n. 29 (depicting MSC Blue Tick; Front of Package for Great Value Pink Salmon Skin-On Fillets; Breaded Fish Sticks; and Sam's Choice Wild Caught Cold Water Lobsters).



[35]

---

[35] Sustainable Seafood in Meat & Seafood, *supra* n. 29 (depicting Back of Package for Great Value Pink Salmon Skin-On Fillets).

14



[36]

---

[36] Coltrades.com, Sam's Choice Wild Caught Icelandic Haddock Skinless Fillets, https://coltrades.com/home/6849-sam-s-choice-wild-caught-icelandic-haddock-skinless-fillets-12-oz.html (last visited July 14, 2023) (Depicting Front-of-Package for Sam's Choice Wild Caught Icelandic Haddock Skinless Fillets).



[37]

---

[37] Sustainable Seafood in Meat & Seafood, *supra* n. 29 (depicting Front-of-Package Sam's Choice All Natural Wild Alaskan Sockeye Salmon).



---

[38] Sustainable Seafood in Meat & Seafood, *supra* n. 29 (depicting Back-of-Package Sam's Choice All Natural Wild Alaskan Sockeye Salmon).

II.     **Walmart's Fisheries and Suppliers of the Seafood Products Utilize Unsustainable Fishing Methods and Lack the Traceability Necessary to Substantiate Walmart's Sustainability Promise.**

34.     Contrary to the Sustainability Promise marketed by Walmart to profit off of the sustainably conscious consumer, Walmart's Seafood Product suppliers utilize harmful fishing techniques that injure marine wildlife and the marine ecosystem. Furthermore, Walmart's Seafood Product suppliers lack the traceability and supply chain transparency required to make such sustainability claims.

A.     *The unsustainable fishing methods utilized by Walmart's suppliers indisputably cause damage to the marine ecosystem and wildlife through bycatch, overfishing, and ghost gear.*

35.     Walmart's Seafood Products are sourced by fisheries that utilize the following large scale fishing methods, that indisputably harm the oceans and marine life through bycatch, overfishing, and ghost gear.[39]

- Pots and traps: Durable lines attached to these traps entangle and injure critically endangered right whales and other marine mammals.

- Purse seines: These large nets encircle schools of fish and indiscriminately capture all marine life within the net severely injuring and killing seals, sharks, and endangered sea turtles.

- Gillnets: These large mesh nets not only capture fish by the gills but also capture any marine life and seabirds that get caught in their webbing and cannot escape, often dying slowly.

---

[39]     Ocean Disclosure Project, *Walmart US*, 2021 https://oceandisclosureproject.org/companies/walmart (last visited July 14, 2023).

- <u>Pelagic trawls</u>: These large conical nets are dragged through the middle of the ocean and often capture and <u>kill marine mammals</u> that dwell at these depths.

- <u>Bottom trawls</u>: These giant industrial nets, dragged along the ocean floor, capture, and <u>injure or kill all life in their paths</u> and at the same time <u>destroy fragile habitats</u> on the seabed.

- <u>Longlines</u>: These heavy-duty fishing lines that are miles long with thousands of harmful hooks catch target fish but also nontargeted species such as <u>endangered sea turtles that slowly drown</u>.

36.     "Bycatch" refers to the unintentional hooking or ensnaring of marine life.[40] A report from the National Resources Defense Council states that scientists estimate over 650,000 marine mammals are killed or seriously injected every year as a result of incidental bycatch.[41]

37.     Despite this already staggering number, the figure is likely even higher since commercial fishermen are incentivized to underreport bycatch, which is facilitated by rampant lack of accountability and widespread unreliable reporting on bycatch. In fact, in 2005, less than half of the fishing vessels around the world recorded quantitative statistics on annual bycatch.[42]

38.     Walmart ignores bycatch levels because, according to the fisheries' certifying body, MSC, the levels are arbitrarily considered "sustainable."[43]

---

[40]     Ecological    Damage    Caused    by    Driftnets,    JRANK, https://science.jrank.org/pages/2162/DriftNet.html#:~:text=Drift%20nets%20are%20used%20to, dead%2C%20back%20to%20the%20ocean (last visited July 14, 2023).

[41] Net Loss: The Killing of Marine Mammals in Foreign Fisheries, National Resources Defense Council (January 2014), https://www.nrdc.org/sites/default/files/mammals-foreign-fisheriesreport.pdf (last visited July 14, 2023).

[42] Amanda Keledjian, et al., *Wasted Catch: Unsolved Problems in U.S. Fisheries*, OCEANA (2014), available at https://oceana.org/reports/wasted-catch-unsolved-problems-us-fisheries/ (last visited July 14, 2023).

[43] *SEASPIRACY* (Ali Tabrizi dir., 2021).

39.     The fisheries purport to have observers on board that monitor bycatch. However, there is evidence that observers' reports about bycatch, shark finning, and observer bribery are being ignored.[44] Such evidence includes images of shark finning and the capturing of whale sharks, giant rays, and other species of concern.[45] More graphically, fishers have left marine animals to die on the decks or butchered them in the nets while they were still alive.[46]

40.     The unsustainable pollock fishing practices with pelagic trawls have contributed to the dramatic decline in the population of snow crabs in the Bering Sea over the past five years.[47] Pollock trawl fisheries in the Bering Sea frequently catch snow crab as bycatch, which they then discard. However, these discarded crabs are estimated to have an 80% mortality rate.[48] These pelagic trawls, although they are supposed to catch pollock in midwater, scrape the bottom of the ocean floor as often as 80% of the time.[49] This contact with the seabed harms the benthic environment and crushes snow crabs that live in the path of the trawlers.[50] Tellingly, in the 2022

---

[44] J Schwenzfeier *et al.*, *Slipping Through the Net, Reported but Ignored: Infringements in the MSC Tuna Fisheries of the Western and Central Pacific*, Shark Guardian (May 2022).

[45] *Id*.

[46] *Id.*

[47] Joanna Thompson, *What Made Billions of Snow Crabs Disappear from the Bering Sea?,* LiveScience (Oct. 20, 2022) https://www.livescience.com/billions-snow-crabs-vanish-from-bering-sea (last visited July 14, 2023).

[48] North Pacific Fishery Management Council, *Crab Bycatch* (2022), https://www.npfmc.org/fisheries-issues/bycatch/crab-bycatch/#:~:text=Bycatch%20of%20crab%20occurs%20both,as%20groundfish%20and%20scallop%20fisheries (last visited July 14, 2023).

[49] Hal Bernton, *Into The Ice: A Crab Boat's Quest For Snow Crab In A Bering Sea Upended By Climate Change*, Seattle Times (April 3, 2022), https://www.seattletimes.com/seattle-news/environment/into-the-ice-a-crab-boats-quest-for-snow-crab-in-a-bering-sea-upended-by-climate-change/ (last visited July 14, 2023).

[50] *Id.*

season, the population collapsed, decreasing by the billions. As a result, the snow crab harvest for 2022 was canceled causing extensive economic damage to the industry.[51]

41.     "Overfishing" is the removal of a species of fish from a body of water at a rate greater than the species can replenish its population.[52] According to the Food and Agriculture Organization of the United Nations, the number of overfished stocks globally has tripled in half a century and today fully one-third of the world's assessed fisheries are currently pushed beyond their biological limits.[53]

42.     Much of Walmart's wild-caught salmon comes from the pristine waters off the Alaskan coast.[54] These Alaskan salmon fishing fleets catch large portions of salmon that are bound for British Columbia and shut out local fishers.[55] In 2020, the Washington State Recreation and Conservation Office found that several Pacific Northwest salmon species, including sockeye, are on the brink of extinction.[56]

43.     Certainly, the frequency in which sockeye and pink salmon are harvested has caused salmon populations to become depleted. These West Coast salmon have been under stress

---

[51] Thompson, *supra* n. 47.

[52] World Wildlife Fund (WWF), *Threats: Overfishing* https://www.worldwildlife.org/threats/overfishing (last visited July 14, 2023).

[53] Food and Agriculture Organization of the United Nations, *The State of World Fisheries and Aquaculture 2022*, https://www.fao.org/3/cc0461en/online/sofia/2022/status-of-fishery-resources.html (last visited July 14, 2023).

[54] Ocean Disclosure Project, *supra* n. 39.

[55] Stefan Labbe, *Alaskan Fishers Intercepting B.C. Salmon At 'Jarring' Rate*, Ocean Conservancy (Jan. 11, 2022) https://www.vancouverisawesome.com/highlights/alaskan-fishers-intercepting-bc-salmon-at-jarring-rate-4943714 (last visited July 14, 2023).

[56] Washington State Recreation and Conservation Office, *2020 State of Salmon in Watersheds* (Dec. 2020).

for years.[57] After offspring migrate to the ocean, they come back to spawn, but the number of returning fish are dwindling or uncertain.[58]

44.     From 2014 to 2019, U.S. Secretary of Commerce, Gina M. Raimondo, determined that overfishing of salmon, including sockeye and pink, amounted to a fishery disaster for tribal communities in Washington and California.[59] In response, the Secretary allocated $17.4 million to address the disaster.[60]

45.     In addition, Walmart's Seafood Product suppliers are not required to provide effective strategies for mitigating ghost gear. Abandoned, lost, or discarded fishing gear, also known as "ghost gear," is the deadliest form of plastic in the ocean and it greatly impacts marine life populations, including whales, dolphins, sharks, and sea turtles.[61]

46.     The fisheries that supply Walmart's Seafood Products catch fish and other types of seafood using pots and traps, purse seiners, gillnets, bottom trawls, pelagic trawls, and longlines.[62] As described herein, Walmart's Sustainability Promise is deceptive, and no reasonable consumer would deem these fishing practices sustainable.

47.     <u>Pots and traps</u> are cylindrical, or rectangular, cages that are typically made of plastic. They are designed to capture lobsters and crabs. Extremely durable fishing ropes, often

---

[57] Erin Blakemore, *U.S. Declares Disaster For Tribal Salmon Fisheries On The West Coast*, The Washington Post, (Sept. 10, 2022) https://www.washingtonpost.com/science/2022/09/10/tribal-fisheries-disaster/ (last visited July 14, 2023).

[58] *Id.*

[59] *Id.*

[60] *Id.*

[61] Ingrid Giskes, *Ghost Gear Prevention in the Seafood Industry*, Ocean Conservancy (Feb. 2, 2021) https://oceanconservancy.org/blog/2021/02/02/ghost-gear-prevention-seafood-industry/ (last visited July 14, 2023).

[62] Ocean Disclosure Project, *supra* n. 39.

made of polypropylene, are tied to each trap, and then attached to floating buoys so that fishers are able to locate the traps.

48.     Walmart's certified "sustainable" lobsters and snow crabs are caught by fisheries operating in the North Atlantic that use pots and traps.[63] Entanglements with fishing lines and buoys are the leading cause of death for the critically endangered North Atlantic right whale.[64] Since 2012, dozens of right whales have suffered serious injury and death due to entanglements from these virtually indestructible fishing lines.[65] In 2019 and 2020, right whales suffered from 128 entanglements, causing the whales to become emaciated due to an inability to swim efficiently and nourish themselves.[66] Dead whales have also been found with gear wrapped around their heads, mouths, and flukes.[67]

49.     Expert Kate O'Connell, a marine wildlife consultant for the Animal Welfare Institute—referring to the crab and lobster lines—stated, "We're talking millions of lines, placed

---

[63]     Marine Stewardship Council, *Track a Fishery, Snow Crab Fisheries* https://fisheries.msc.org/en/fisheries/@@search?q=crab&term=&bucket=&search=search&__start__=fishery_name%3Asequence&__end__=fishery_name%3Asequence&__start__=uoc_status%3Asequence&__end__=uoc_status%3Asequence&__start__=species%3Asequence&__end__=species%3Asequence&__start__=gear_type%3Asequence&__end__=gear_type%3Asequence&__start__=location%3Asequence&__end__=location%3Asequence&__start__=certificate_number%3Asequence&__end__=certificate_number%3Asequence (last visited July 14, 2023).

[64] CBC News, *Canadian Lobster Industry a Threat to North Atlantic Right Whales, Conservation Group Says*, (Sept. 8, 2022) https://www.cbc.ca/news/canada/nova-scotia/lobster-industry-threat-north-atlantic-right-whales-1.6576109 (last visited July 14, 2023).

[65] *ENTANGLED,* MYTHS/FACTS (David Abel & Andy Laub dir., 2020) https://entangled-film.com/MYTHS (last visited July 14, 2023).

[66] Chris Chase, *Whale Activists File Objection to Gulf of Maine Lobster Fishery Certification*, National Fisherman, (June 30, 2022) https://www.nationalfisherman.com/seafoodsource/whale-activists-file-objection-to-gulf-of-maine-lobster-fishery-certification (last visited July 14, 2023).

[67] Dr. Francine Kershaw, *Main Lobster Ecolabel Loss Matters Beyond Right Whales*, Expert Blog, NRDC (Nov. 18, 2022) https://www.nrdc.org/experts/francine-kershaw/maine-lobster-ecolabel-loss-matters-beyond-right-whales (last visited July 14, 2023).

in the water every year. These animals are running the gauntlet—and it's getting harder and harder for them to survive."[68] Over a right whale's lifetime, 85% are expected to get entangled in gear.[69]

50.     A <u>purse seiner</u> is a large net that hangs down 650 feet deep from a floating circular top line as wide as a mile in diameter. The net is used to encircle a school of fish. The bottom is drawn tight to prevent fish from escaping and the net is hauled on board or dragged alongside the vessel.

51.     Walmart's Seafood Suppliers use purse seiners, a non-selective method of catching pink and sockeye salmon found on Walmart's shelves.[70] Once a purse seiner is set, all marine life within the net is captured, including marine mammals and sea turtles.[71] These non-target species are called bycatch. Most marine life in the purse seiner is crushed by the weight of other catch that has accumulated on top of them. The various forms of marine life caught in the net become stressed and injured, and often times they are thrown back into the ocean dead or as they are dying.[72]

52.     <u>Gillnets</u> are mesh nets that are wide enough to allow salmon to pass their heads and gills through the holes. Sadly, when these fish try to back out, they get stuck. Gillnets can be several miles long and up to 200 feet deep. They are hung below the ocean's surface for up to 14 hours.

---

[68] Karen McVeigh, *Blue Ticked Off: The Controversy Over the MSC Fish 'Ecolabel,'* The Guardian (July 26, 2021) https://www.theguardian.com/environment/2021/jul/26/blue-ticked-off-the-controversy-over-the-msc-fish-ecolabel (last visited July 14, 2023).

[69] *Id.*

[70] Ocean Disclosure Project, *supra* n. 39.

[71] NOAA, *Fishing Gear: Purse Seines*, https://www.fisheries.noaa.gov/national/bycatch/fishing-gear-purse-seines (last visited July 14, 2023).

[72] *Id.*

53.     Walmart sells salmon that is caught with gillnets. However, these gillnets also capture an abundant amount of bycatch, including juvenile fish, sharks, seabirds, sea turtles, and cetaceans (*i.e.*, whales, dolphins, and porpoises).[73] Gillnets are hard to see and difficult for cetaceans to detect through echolocation.[74] They are known to cause the highest amount of cetacean bycatch,[75] and are often lost at sea and rarely recovered, posing a significant risk to marine animals for many years.[76]

54.     An example of the harm caused by gillnets is evident in an MSC certified Icelandic fishery, that reportedly caught 269 harbor porpoises, 900 seals, and 5,000 seabirds.[77]

55.     The incidents of bycatch with gillnets are so great—up to 45% of untargeted species being discarded—they have led to the federal government banning gillnets in the U.S. with a plan to phase them out over the next five years.[78]

56.     A <u>pelagic trawl</u> is a large conical net with a horizontal opening that can be as wide as two football fields and as deep as 160 yards and is towed through midwater depths.

---

[73]     World Wildlife Fund (WWF), *Threats: Bycatch*, https://www.worldwildlife.org/threats/bycatch#:~:text=NON%2DSELECTIVE%20FISHING%20GEAR&text=Longlines%2C%20trawling%20and%20the%20use,along%20a%20single%20fishing%20line (last visited July 14, 2023).

[74] *Id.*

[75] International Whaling Commission, *Bycatch*, https://iwc.int/bycatch (last visited July 14, 2023).

[76] WWF, *Bycatch*, *supra* n. 73.

[77] *SEASPIRACY*, *supra* n. 43; *ISF Icelandic Cod Report Surveillance 3* (May 2021).

[78] Nick Rahain, *New Federal Law Phases Out Large-Mesh Drift Gillnets for California Swordfish*, National Fisherman, (Jan. 4, 2023) https://www.nationalfisherman.com/west-coast-pacific/new-federal-law-phases-out-large-mesh-drift-gillnets-for-california-swordfish (last visited July 14, 2023).

57.     A pelagic trawl is another non-selective method of catching fish that Walmart's Alaskan pollock fisheries use.[79] When a pelagic trawl is dragged through the water, the net captures numerous species of marine life bycatch, including marine mammals.[80] Most marine mammals swim at mid-water depths, which puts them at high risk for being captured in these nets and crushed by the weight of catch on top of them.[81]

58.     Furthermore, pollock fisheries do not have an effective measure in place to protect endangered species, such as Steller sea lions and albatross.[82] Steller sea lions, an endangered species that occupy the Bering Sea, are prone to getting caught in these nets because they prey upon pollock. From 2016 to 2020, documented Steller sea lion deaths were generally linked to pelagic trawl incidents, and they made up the majority of marine mammals entangled in discarded fishing gear.[83]

59.     Bottom trawls are enormous and heavy conical nets and industrial gear that is dragged along the ocean floor. They are as wide as a football field and as deep as a three-story building.

60.     The bottom trawls used by Walmart's Seafood Product suppliers to catch Alaskan pollock, haddock, cod, and sea scallops, decimate the seabed floor, crushing, ripping up, and

---

[79] Ocean Disclosure Project, *supra* n.39.

[80] NOAA, *Fishing Gear: Midwater Trawls*, https://www.fisheries.noaa.gov/national/bycatch/fishing-gear-midwater-trawls (last visited July 14, 2023).

[81] *Id.*

[82] Ivan Stupachenko, *Russia Nets Two New MSC Certifications For Shrimp And Pollock*, Seafood Source (Sept. 9, 2021), https://www.seafoodsource.com/news/environment-sustainability/russia-nets-two-new-msc-certifications-for-shrimp-and-pollock (last visited July 14, 2023).

[83] Yereth Rosen, *Steller Sea Lions Most Likely Victims Of Human-Caused Marine Mammal Deaths In Alaska*, Alaska in Brief (Aug. 18, 2022), https://alaskabeacon.com/briefs/steller-sea-lions-most-likely-victims-of-human-caused-marine-mammal-deaths-in-alaska/ (last visited July 14, 2023).

smothering every living thing in their paths, including corals that are 4,200 years old.[84] Up to 90% of coral in a trawl's path can be damaged,[85] and the destruction of the coral and other species in these biodiverse seabed habitats can take centuries to recover.[86] Across the globe, it is well known that bottom trawls produce the greatest amount of bycatch that is then discarded.[87] Longline fishers roll out fishing lines up to 60 miles long. From these tremendously long lines hang thousands of large hooks for catching haddock.

61.     Walmart's haddock is sourced through the use of <u>longlines</u>.[88] Besides haddock, the hooks also capture and mortally wound sea turtles, sharks, and juvenile tunas.[89] Longline bycatch that are caught and discarded face a mortality rate of up to 50%.[90] Hundreds of thousands of endangered loggerhead turtles and critically endangered leatherback turtles drown annually on longlines.[91]

62.     Ironically, Walmart claims that its efforts for more sustainable sourcing of seafood and support of ocean health specifically focus on "systemic issues such as overfishing, bycatch, illegal, unreported, and unregulated fishing" the very issues that are caused by its Seafood Product

---

[84] Dirk Zeller *et al.*, *Global Marine Fisheries Discards: A Synthesis of Reconstructed Data*, 19 Fish and Fisheries 31 (2017); Oceana, *Bottom Trawling* https://usa.oceana.org/bottom-trawling/ (last visited July 14, 2023).

[85] Oceana, *supra* n.84.

[86] *Id.*

[87] Dirk Zeller *et al.*, *Global Marine Fisheries Discards: A Synthesis of Reconstructed Data*, 19 Fish and Fisheries 31 (2017).

[88] Ocean Disclosure Project, *supra* n.39.

[89] WWF, *Bycatch*, *supra* n. 73.

[90] Fran Wijen and Mireille Chiroleu-Assouline, *Controversy Over Voluntary Environmental Standards: A Socioeconomic Analysis of the Marine Stewardship Council,* Sage Publications, Inc., Vol 32, No. 2 (June 2019) https://journals.sagepub.com/doi/10.1177/1086026619831449 (last visited July 14, 2023).

[91] WWF, *Bycatch*, *supra* n.73.

suppliers.[92] Nevertheless, Walmart's Seafood Products prominently market its Sustainability Promise.

63.    A reasonable consumer who purchases Products with a Sustainability Promise would not expect the fishing practices described herein to be implicated in the harvesting of seafood.

**B.    Walmart's Seafood Product suppliers lack the transparency and traceability necessary to support the Sustainability Promise.**

64.    Even more, despite Walmart's marketing of its Sustainability Promise, Walmart's suppliers lack the transparency necessary to support such a claim, furthering Walmart's deceptive conduct.

65.    Traceability is the guarantee that both food retailers and consumers need before any sustainability claims can truly be accepted and verified, and in many ways, it is the glue that holds the responsibly sourced products' supply chains together.[93]

66.    Traceability and supply chain transparency is vital to verify sustainability and demonstrate that a product is ethically and sustainably sourced.[94] In the seafood sector, effective traceability can be defined as the ability to identify the origin of the product and sources of input

---

[92] ESG Report 2023, *Regeneration of Natural Resources: Forests, Land, Oceans, supra* n. 5.

[93]    Greenpeace, *Sea of Distress 2017*, https://www.greenpeace.org/usa/wp-content/uploads/2017/10/Sea-of-Distress-2017.pdf (last visited July 14, 2023).

[94]    WWF, *Traceability in Farmed Shrimp* https://seafoodsustainability.org/aquaculture/farmedshrimp/traceability/#:~:text=Without%20visibility%2C%20it%20is%20impossible,is%20ethically %20and%20sustainably%20sourced (last visited July 14, 2023).

materials, as well as the ability to conduct backward and forward tracking using recorded information to determine the specific location and history of the product.[95]

67.     Walmart acknowledges the importance of transparency and traceability in advertising its Seafood Products. Jaquie Lyons, Divisional Merchandise Manager for Seafood and Seasonal Mets for Walmart U.S. stated that "Walmart works with its Seafood Product suppliers to increase transparency and traceability back to the products' origin" for the purpose of empowering its customers to "feel good about the products they buy" and allow those customers to "count on Walmart's ability to deliver sustainable products."[96]

68.     However, effective traceability can only be accomplished if neutral observers are adequately reporting unstainable fishing practices. As described above, Walmart knew or should have known that the observers utilized by Walmart's Seafood Product suppliers, which are MSC certified, fail to adequately report and record bycatch and other dangers or harm to marine wildlife and ecosystems.

69.     As noticed by the Association for Professional Observers, "broad assessments are made that a fishery is sustainable if it is MSC certified or has some other eco-label. This is a public deception. To us, these milestones are a complete farce because there are no observer protections embedded in the requirements of any eco-certification. Furthermore, they mean nothing without transparency of observer reports and continual public oversight."[97]

---

[95] Traceability - is your seafood really what is says on the tin?, ASC AQUA, https://www.ascaqua.org/aquaculture-explained/is-the-asc-a-credible-standard/traceability-is-your-seafood-really- what-it-says-on-the-tin/ (last visited July 14, 2023).

[96] Stein, *supra* n. 7.

[97] Mitchell, Elizabeth, *An Open Letter to Ocean Activists and Marine Conservation Groups from the Association for Professional Observers*, Nov. 18, 2016. https://apo-observers.s3.us-west-2.amazonaws.com/wp-content/uploads/2021/01/18102147/open-letter-ocean-activists-nov-2016.pdf (last visited July 14, 2023).

70.     Despite Walmart's bold claims of traceability, Walmart and MSC lack criteria to protect observers or the metrics to gauge the effectiveness of observer program management,[98] as even Walmart has admitted.[99] Understanding trends in observer interference first comes with public transparency. If agencies are not systematically reporting incidents of interference publicly, consumers are simply being duped into believing the monitoring program is effective and the fish they eat are sustainable.[100]

71.     The lack of transparency, combined with the self-policing nature of the industry allows fish retailers like Walmart to reap the benefits of harmful fishing practices all while falsely promising customers that its Seafood Products are sustainably sourced.

## III.    Walmart Knew or Should Have Known that its Fisheries and Fishing Practices, Including those Certified by MSC, Breached Walmart's Sustainability Promise.

72.     Despite Walmart's aggressive marketing campaign to profit off of the sustainably conscious consumer of the Seafood Products, Walmart's Sustainability Promise lacks any merit and only serves to deceive Plaintiff and other reasonable consumers into purchasing Seafood Products that are unsustainably sourced through the use of fishing methods that harm ocean habitats and marine life. Consequently, Walmart forces those consumers into becoming unwitting participants in the very environmental crisis they attempt to avoid by purchasing and paying a premium for Walmart's Products.

---

[98] Association for Professional Observers (APO), *Observer Harassment*, https://www.apo-observers.org/observer-safety/harassment/ (last visited July 14, 2023).

[99] ESG Report 2023, Product Supply Chain Sustainability, Sourcing Specifications, Customer Engagement, *supra* n.5 ("gathering supplier data of sufficient quality can prove a challenge for robust reporting" and "The use of technology to improve transparency and traceability (e.g., blockchain, electronic vessel monitoring) can help, but adoption takes time and further innovation is necessary to meet these challenges")

[100] APO, *supra* n.98.

A. **Walmart Adopted the Marine Stewardship Council Standards to Further its Deceptive and Misleading Sustainability Promise Campaign to Consumers.**

73. While Walmart may attempt to plead ignorance beyond the MSC Blue Tick, its arguments are unavailing and contradict the countless statements Walmart has made regarding its alleged traceability of the Seafood Products, including the Standards for Suppliers that its fish suppliers must follow.

74. The Blue Tick has been adopted and incorporated into Walmart's sustainability marketing campaign and is part of Walmart's Sustainability Promise.

75. Walmart has even admitted this with statements that "the MSC label assures our customers that they are buying from a retailer that is taking concrete steps to keep wild-caught fish available to present and future generations. This is both environmentally responsible and responsive to our consumers"[101] and "our MSC certification initiative is only the latest result of Wal-Mart's efforts to promote and engage in sustainable business practices in the fish and seafood sector."[102]

76. Walmart understands that one of the best ways to communicate its Sustainability Promise on the brand level is through the addition of a third-party certification, such as MSC's Blue Tick.[103] This decision was supported by consumer reports which found that a conscientious consumer is more likely to purchase a sustainably marketed product where it has been certified by a third-party as opposed to solely a claim from the manufacturer itself.[104] Thus, Walmart is not

---

[101] *Walmart Takes Lead on Supporting Sustainable Fisheries*, *supra* n. 2.

[102] *Id.*

[103] *Id.*; SeafoodSource, *supra* n. 3, at 26:00

[104] SeafoodSource, *supra* n. 3, at 26:00.

simply relying upon a third-party certification; rather, it is *using* the third-party certification, in part, to communicate its own commitment to sustainability.

77.     On February 5, 2006, Walmart issued a press release announcing its partnership with MSC stating: "Wal-Mart Takes Lead on Supporting Sustainable Fisheries; All Wild Caught and Frozen Fish Suppliers to be Marine Stewardship Council-Certified."[105] The advertised goal of Walmart's partnership with MSC was a "part of Wal-Mart's continued commitment to offering sustainable products at affordable prices to our customers."[106]

78.     As part of its marketing scheme, Walmart aligned its marketing efforts with MSC. Walmart launched a store signage campaign for fresh and frozen seafood to communicate more clearly to customers the quality, value, and sustainability of the seafood they buy at Walmart.[107] Walmart U.S.'s Merchant for Shelf Stable Proteins, Jessica Baldini, provided one example of Walmart's marketing efforts: "Walmart's online grocery featured sustainable seafood for the entire month of October 2020. Walmart shared online recipes, entertaining ideas, a shopping guide with information about seafood certification."[108]

79.     In reliance upon the consumer studies that "more consumers are interested in knowing the seafood they purchase is certified,"[109] Walmart's prior Vice President and Divisional Merchandise Manager of Deli and Seafood, Peter Redmond, stated that the partnership with MSC and the use of the MSC label were to "assure our customers that they are buying from a retailer

---

[105] *Walmart Takes Lead on Supporting Sustainable Fisheries*, *supra* n. 2.

[106] *Id.*

[107] Stein, *supra* n. 7.

[108] *Id.*

[109] *Id.*

that is taking concrete steps to keep wild-caught fish available to present and future generations."[110]

**B.**     ***Walmart's Seafood Suppliers Breach Walmart's Standards for Suppliers and Lack the Traceability Necessary to Make Claims of Sustainability.***

80.     Walmart seeks to have it both ways: pleading ignorance to the harmful practices of the fisheries behind the MSC certification, while also using the MSC certification to advance its deceptive Sustainability Promise.

81.     Walmart markets that it is committed to a sustainable food chain, which means offering customers choices and transparency into how their food is grown and raised, helping to further the humane treatment of animals, and always working to lessen the environmental impact of our agricultural practices. "We believe that it's our responsibility to identify the challenges that impact our supply chain and our customers and be a part of the solution."[111]

82.     A marketed goal of Walmart's Seafood Policy "is to build transparency and continuous improvement in the seafood supply chain so that we can build confident and provide for our customers now and in the future."[112] To help achieve this transparency, Walmart claims it works with its "suppliers and partners to track the management of fisheries from which our suppliers source so that we can promote a sustainable supply."[113]

83.     To convince the sustainably conscious consumer of its sustainability goals, Walmart has represented in its marketing materials that it has traceability and oversight of its

---

[110] *Walmart Takes Lead on Supporting Sustainable Fisheries*, *supra* n. 2.

[111]     Walmart.com,     *Sustainable     Food,     Food     Position     Statements*
https://corporate.walmart.com/global-responsibility/environment-sustainability/sustainable-agriculture (last visited July 14, 2023).

[112] Seafood Policy, Section III: Walmart's Position, *supra* n. 31.

[113] *Id.*

suppliers. To support these statements, Walmart adopted a so-called Standards for Suppliers that confirms Walmart holds its "suppliers to the same high standards we set for ourselves."[114]

84.     The Standards for Suppliers applies across the board – including the fisheries that supply the fish for Walmart's Seafood Products—and Walmart "makes sure those standards are upheld throughout the entire supply chain."[115]

85.     Walmart requires all of its suppliers to label and market products accurately:

> Earning and maintaining customer trust requires being accurate and transparent about the products we sell. Walmart cannot do it alone – suppliers play a key role in helping our customers make informed decisions.[116]

86.     Ironically, the Standards for Suppliers contains a "What if?" hypothetical related to the use of third-party certifications for supplier products:



**What if?**

**I make private brand products for Walmart. My Walmart buyer asked me to provide a price for a product bearing an internationally recognized sustainability certification. I found a supplier that says it can make the product for me and get me the certification at a great price. What else do I need to do?**

As the supplier, you are responsible for ensuring that any claim you make about the product you are providing to us is true. You need to take steps to verify that the certification provided is genuine and that the product in fact meets the conditions of the certification.

117

---

[114]   Walmart.com, *Standards for Suppliers*, p. 3  https://corporate.walmart.com/media-library/document/standards-for-suppliers-english/_proxyDocument?id=0000015c-e70f-d3b4-a57e-ff4f3f510000 (last visited July 14, 2023).

[115]   *Id.*

[116]   *Id.*, Label and Market Products Accurately, p. 13.

[117]   *Id.*

87. By Walmart's own admission through its Standards for Suppliers, it requires its suppliers to ensure that any claim made about a product is true, including certifications. As detailed at great length herein, the MSC certification is a hollow promise that fails to ensure the sustainability it proports to uphold.

88. Further, Walmart represents that it expects its suppliers will comply with environmental laws and advance sustainability in retail:

> We collaborate with suppliers and others to inspire positive change throughout supply chains and to help reduce emissions, eliminate waste, and preserve natural resources. Walmart works with suppliers who share these values and encourages suppliers to develop their own sustainability goals.[118]

89. Walmart's Standards for Suppliers requires its suppliers to "consult [Walmart's sustainability policies] to learn more about Walmart's sustainable sourcing goals and expectations."[119]

90. Walmart's Sea Food Policy that details its requirements for "Responsible Sourcing" states as follows:

> Walmart's suppliers globally—including seafood suppliers—are expected to comply with Walmart's Standards for Suppliers and applicable Responsible Sourcing program requirements. Walmart's Standards for Suppliers set out its expectations of suppliers and their facilities regarding […] environmental responsibility. The Standards apply throughout the supply chain, including vessels, hatcheries, feed mills, farms, and final processing facilities. Walmart expects its suppliers to be transparent, to disclose facilities consistent with policy and make all facilities available for audit or inspection at any time, and to commit to continuous improvement.[120]

91. Walmart therefore cannot point the finger at MSC for its wrongdoing, as Walmart allegedly has its hands in all aspects of the supply chain and is a sophisticated company that is well

---

[118] Standards for Suppliers, *Protect the Environment*, p. 11, *supra* n.114.

[119] *Id.*

[120] Seafood Policy, *Section IV: Responsible Sourcing*, *supra* n.31.

aware of the utility of the Blue Tick to its overall sustainability marketing campaign, which Walmart has carefully crafted to keep pace with consumer demand. Thus, the Seafood Products stamped with the Blue Tick are part of Walmart's campaign to encourage consumers to switch to seafood certified by MSC's allegedly rigorous 'blue fish' standard.[121]

### C. *Walmart Has Deceived and Misled Reasonable Consumers by Failing to Adhere to its Sustainability Promise.*

92. With its unreasonable reliance on the MSC certification, its failure to adhere to its own Standards for Suppliers, and its knowledge of the unsustainable fishing practices of its Seafood Product suppliers, Walmart has failed to adhere to its own Sustainability Promise and has therefore deceived and misled reasonable consumers.

93. Walmart, through the Sustainability Promise that appears on all of its Seafood Products and pervasive throughout its marketing, has consistently conveyed to consumers that its sustainably sourced Products promote the protection of fish stocks and marine life.

94. Walmart confirms the reasonable consumer's understanding of its Sustainability Promise on its website, stating that "Walmart believes the health of species, fisheries and ecosystems around the world is good for the planet and important to people today and in the future"[122] and that it is "working with [its] suppliers and partners to track management of fisheries from which our suppliers source so that we can promote a sustainable supply." This Sustainability Promise is further reflected on the Products' packaging that claim Walmart is "committed to sourcing sustainable seafood" and directs consumers to the Walmart website "to see our full seafood sustainability commitment." Thus, Walmart's definition is directly in line with that of

---

[121] *Walmart Introduces New Label to Distinguish Sustainable Seafood*, *supra* n.10.

[122] Seafood Policy, *Section III: Walmart's Position*, *supra* n.31.

reasonable consumers: "sustainable" fishing practices do not harm the marine ecosystem and promote marine health.

95.     In reality, Walmart knew or should have known the Products are sourced using unsustainable fishing practices that harm fish populations and kill marine life, such as dolphins, whales, and turtles, some of which are endangered.

96.     Federal guidance and consumer research demonstrate that sustainability claims, like those proffered by Walmart, suggest to reasonable consumers that the Products are sourced through sustainable methods and in accordance with fishing techniques that promote healthy ecosystems. MSC itself highlights maintenance of healthy fish populations and careful management of ecosystems as pillars of sustainable fishing practices.[123] It thus follows that no reasonable consumer would consider fishing with a pelagic trawler to be "sustainable."

97.     The Federal Trade Commission's ("FTC") Green Guides ("Green Guides") were codified to "help marketers avoid making environmental marketing claims that are unfair or deceptive" based on its "views on how reasonable consumers likely interpret [those] claims."[124] The Green Guides are strong indicators of a reasonable consumer's understanding of sustainability practices.

98.     The FTC determined that "[u]nqualified general environmental benefit claims . . . likely convey that the product . . . has specific and far-reaching environmental benefits and may convey that the item . . . has no negative environmental impact."[125] In fact, the FTC has warned

---

[123] Marine Stewardship Council, *What is the MSC?,* https://www.msc.org/en-us/about-the-msc. (last visited July 14, 2023).

[124] FTC Green Guides, 16 C.F.R. § 260.1(a), (d) (2012).

[125] *FTC Sends Warning Letters to Companies Regarding Diamond Ad Disclosures*, Federal Trade Commission (Apr. 2, 2019), https://www.ftc.gov/news-events/press-releases/2019/04/ftc-

that "[m]arketers still are responsible for substantiating consumers' reasonable understanding of these claims."[126]

99.    Walmart's Seafood Policy acknowledges this responsibility:

Our customers and members count on Walmart to deliver affordable products in a way that is sustainable for people and for the planet. To meet those needs, we work with partners all along the supply chain to improve the sustainability of products we sell. We do this while working to offer quality products, everyday low prices and putting customers in charge of their food choices by helping provide clear, accurate information about food ingredients and production.[127]

100.    Despite the FTC Green Guides, the unsustainable fishing practices of its suppliers, and the well-documented failures of Walmart and MSC to enforce its "certified" sustainability standard, discussed herein, all of Walmart's Seafood Products include representations of the Sustainability Promise on the front of the product packaging where it cannot be missed by consumers.

101.    Moreover, despite known concerns with MSC certification, Walmart's decision to partner with MSC was the result of consumer research and determined to be an effective way to communicate Walmart's Sustainability Promise to the consumer. As Walmart's Vice President and Divisional Merchandise Manager of Deli and Seafood, Peter Redmond, stated: "The MSC label is an easy way for consumers to identify seafood from fisheries that meet strict environmental standards."[128]

---

sends-warning-letters-companies-regarding-diamond-ad-disclosures (last visited July 14, 2023); *see* also FTC Green Guides, 16 C.F.R. § 260.4(b) (2012).

[126] FTC, The Green Guides, *Statement of Basis and Purpose*, p. 258 (Oct. 1, 2012) https://bit.ly/2TQ7GL9 (last visited July 14, 2023).

[127] Seafood Policy, *Section I: Sustainable Products at Walmart, Out Pledge to Customers/Members*, *supra* n. 31.

[128] *Walmart Introduces New Label to Distinguish Sustainable Seafood*, *supra* n. 10.

102.     Walmart's Sustainability Promise, its adoption of the MSC sustainability standards, and use of the MSC certification on the front-label of the Seafood Products misleads the reasonable consumer into believing that they are purchasing a sustainably sourced Product. Contrary to the representations, the Seafood Products are not sustainably sourced, leaving Plaintiff and Class Members having paid a premium for Products that failed to provide the promised benefits.

**D.    *Walmart Knew or Should have Known that MSC Certified Fisheries, Which Walmart Allegedly Monitors for Traceability and Compliance with Walmart's Code of Conduct, Engage in Unsustainable Fishing Practices.***

103.     As described *supra*, the fisheries that supply the Seafood Products to Walmart engage in unsustainable fishing practices that injure marine wildlife and the marine ecosystem.

104.     Experts are concerned, and Walmart is aware or should have been aware of this concern, that the rapid growth of the MSC and the inherent conflict of interest involved with its operations have influenced the MSC to compromise its objective.

105.     Globally, researchers, academics, and scientists have criticized the MSC for disregarding its own standards and compromising its credibility.

106.     Richard Page, a Greenpeace Oceans Campaigner, said decisions to certify some fisheries "seriously undermine" the MSC's credibility. "I will go as far as to say consumers are being duped. They think they are buying fish that are sustainable and can eat them with a clean conscience."[129]

107.     Rory Crawford, the MSC's own advisory council and a member of Bird Life International, conducted a study of twenty-three fisheries in 2019 and found that only three were

---

[129] Richa Syal, *License to Krill: The Destructive Demand for a 'Better' Fish Oil*, The Guardian (Sept. 7, 2021), https://www.theguardian.com/environment/2021/sep/07/license-to-krill-the-destructive-demand-for-a-better-fish-oil (last visited July 14, 2023).

actively working to monitor and minimize bycatch. "Consumers cannot be fully confident that certified fish comes without impacts on non-target species, from sharks to seabirds to whales."[130]

108.     Gerry Leape, an Ocean Specialist at the Pew Environment Group, supported the MSC for more than a decade as a member of its advisory Stakeholder Council, but is now concerned, stating, "We would prefer they didn't use the word *sustainable*." He and other critics say that the MSC system has been certifying fisheries despite evidence that the fish stocks are in trouble or that the fishing is harming the environment.[131]

109.     Daniel Paulie, a fisheries professor at the University of British Columbia, helped create the MSC, but now feels it is doing business for the industry, not the environment.[132] He has called for a complete ban of open-ocean fishing because it is essential to rebuilding globally depleted fish stocks and preventing the demise of the fishing industry.[133]

110.     Jim Barnes, director of the Antarctic and Southern Ocean Coalition, worries the MSC is straying from its mission and needs an overhaul.[134]

111.     Chris Pincetich, a marine biologist with the Turtle Island Restoration Network, said, "The MSC has rushed to accept applications from hundreds of fisheries around the globe in order to grow their business and network. Many of those are actually viewed by scientists as

---

[130] McVeigh, *supra* n.68.

[131] Daniel Zwerdling & Margot Williams, *Is Sustainable-Labeled Seafood Really Sustainable?* NPR (Feb 11, 2013), https://www.npr.org/2013/02/11/171376509/is-sustainable-labeled-seafood-really-sustainable?t=1617527311964 (last visited July 14, 2023).

[132] *Id*.

[133] Richard Schiffman, *A Global Ban on Fishing on the High Seas? The Time Is Now*, Yale Environment 360 (Sept. 27, 2018), https://e360.yale.edu/features/a-global-ban-on-fishing-on-the-high-seas-the-time-is-now#:~:text=the%20High%20Seas%3F-,The%20Time%20Is%20Now,of%20the%20fishing%20industry%20itself (last visited July 14, 2023).

[134] Zwerdling & Williams, *supra* n.131.

unsustainable. They should really take a closer look before they even engage with those fisheries."[135]

112.    The MSC is, of course, out to make a profit. It charges retailers royalties starting at 0.5% of the net wholesale value of seafood sold for using its label.[136] Therefore, it naturally follows that the more fish and seafood that the MSC's customers sell, the more money the MSC earns.

113.    The MSC has certified more than 30,000 seafood products globally.[137] Approximately 80% of the organization's income comes from licensing its logo on seafood products.[138] Fisheries that seek certification and the use of the MSC's "ecolabel" pay $20,000 to $100,000 USD.[139]

114.    Despite countless fisheries employing harmful practices that deplete fish populations, destroy habitats, and harm marine life, there have only been a handful that have ever been denied certification in over 20 years.[140]

115.    Professor Callum Roberts, a marine biologist in the Department of Environment and Geography, University of York, and Amy Hammond, Head of Research at Seahorse Environmental Communications, express the perception that "the bar has been dropped

---

[135] Syal, *supra* n. 129.

[136] Marine Stewardship Council, *Apply to Use the MSC Label*, https://www.msc.org/for-business/use-the-blue-msc-label/apply (last visited July 14, 2023).

[137] Marine Stewardship Council, *Buy Sustainable Seafood*, https://www.msc.org/what-you-can-do/buy-sustainable-seafood (last visited July 14, 2023).

[138] *SEASPIRACY*, *supra* n. 43.

[139] David Jolly, *Krill Harvest Certification Upsets Conservationists*, The New York Times, August 8, 2022, www.nytimes.com/2010/06/23/science/earth/23krill.html (last visited July 14, 2023).

[140] *SEASPIRACY*, *supra* n. 43.

unacceptably low in order to satisfy ever-growing market demand by getting more (generally large industrial) fisheries into the program."[141]

116.   The MSC defines sustainable seafood as seafood that comes from fisheries that catch fish in ways that ensure the long-term health of a stock or species and the wellbeing of the ocean.[142] Individual fishers or vessels cannot be MSC certified—only fishing operations.[143] According to the MSC's website, there are currently more than 400 wild capture fisheries certified to this standard.[144]

117.   MSC's Fishery Standards require:

- "Fishing must be at a level that ensures it can continue indefinitely and the fish population can remain productive and healthy."

- "Fishing activity must be managed carefully so that other species and habitats within the ecosystem remain healthy."

- "[F]isheries must comply with relevant laws and be able to adapt to changing environmental circumstances."

118.   However, the only fishing techniques that disqualify a fishery from MSC certification is if it utilizes fishing with poisons or explosives.[145]

---

[141] Amy Hammond & Callum Roberts, *Why the Marine Stewardship Council Needs an Independent Review*, ETHICAL CONSUMER (July 31, 2019.) https://www.ethicalconsumer.org/food-drink/why-marine-stewardship-council-needs-independent-review (last visited July 14, 2023).

[142] Marine Stewardship Council, *What Does the Blue MSC Label Mean?* www.msc.org/what-we-are-doing/our-approach/what-does-the-blue-msc-label-mean (last visited July 14, 2023).

[143] *Id.*

[144] *Id.*

[145] MSC Fishery Assessment Methodology and Guidance to Certification Bodies, p. 10, para. 2.6; Greenpeace, *Assessment of the Marine Stewardship Council (MSC) Fisheries Certification Programme.* June 2009, https://www.greenpeace.org/usa/wp-content/uploads/legacy/Global/usa/planet3/PDFs/assessment-of-the-msc.pdf (last visited July 14, 2023).

119.     The MSC certifies large scale fisheries—most of which use harmful fishing techniques, such as purse seiners and trawlers—that account for 93% of MSC's certified catch; the remaining 7% of catch comes from small fisheries.[146] The fishing methods used by these fisheries cause overfishing and indiscriminately capture non-target species.

120.     By way of example, the MSC recently certified a Russian pollock fishery notwithstanding its refusal to cooperate with certain conditions, including efforts to minimize lethal impacts of the fishery on endangered species, providing data on the impacts to endangered species, and minimizing impacts on habitats.[147]

121.     Those very same MSC-certified Russian fisheries in the Bering Sea lack scientific observer coverage and a comprehensive strategy to ensure endangered species, such as the Steller sea lion and albatross, are being protected.[148]

122.     Walmart knows or should know that MSC violates its own fishery standards as well as Walmart's Sustainability Promise and Walmart's Standards for Suppliers. The fisheries that supply Walmart do not consider long term health of fish populations, do not consider the health of other species, and do not consider the protection of ecosystems. Furthermore, MSC does not take changing environmental circumstances into account.

---

[146] Frederic Le Manach et al., *Small is Beautiful, but Large is Certified: A Comparison between Fisheries the Marine Stewardship Council (MSC) Features in its Promotional Materials and MSC-Certified Fisheries,* (May 4, 2020); Marine Stewardship Council, *Fishing Methods, and Gear Types*, https://www.msc.org/what-we-are-doing/our-approach/fishing-methods-and-gear-types (last visited July 14, 2023).

[147] Ivan Stupachenko, *Russia Nets Two New MSC Certifications for Shrimp and Pollock*, Seafood Source (Sept. 9, 2021), https://www.seafoodsource.com/news/environment-sustainability/russia-nets-two-new-msc-certifications-for-shrimp-and-pollock (last visited July 14, 2023).

[148] Fishery Shipowners Association (FSA) Western Bering Sea Walleye Pollock, Fishery Shipowners Association (FSA, Russian Federation), *Final Draft Report*, Initial Assessment (Apr. 18, 2022); MSC Fishery Certification, PCA, MSC-F-31513 (Jan. 4, 2023).

123.    In purchasing Walmart's Seafood Products with the Sustainability Promise, reasonable consumers expect that Walmart would maintain the proper, company-wide monitoring to follow the explicit promises it makes regarding the alleged sustainable fishing practices used to source the Products. Walmart's failure to investigate its suppliers and use of the MSC certification despite the fisheries' blatant unsustainable practices violates the explicit Sustainability Promises Walmart makes to consumers.

124.    Walmart had an obligation to consumers to ensure that its prominent Sustainability Promise followed a reasonable consumer's expectation of sustainable seafood. Certainly, Walmart knew it could not uphold that promise because it admits to using large scale fishing methods that indisputably harm the oceans and marine life. As described herein, no reasonable consumer would deem these fishing practices sustainable due to the severe harm they cause to snow crab populations, endangered marine mammals, seabirds, and marine ecosystems.

**IV.    Plaintiff and Class Members Relied Upon Walmart's Deceptive Sustainability Promise in their Purchase of the Products at a Premium.**

125.    Walmart's Sustainability Promise deceives and/or is likely to deceive the public. Reasonable consumers have been, and continue to be, deceived into believing that Walmart's Products are sourced using sustainable fishing practices. Moreover, reasonable consumers have been, and continue to be, deceived into believing that Walmart's Products are sourced in compliance with Walmart's pervasive sustainability marketing campaign, MSC's Fishery Standards, and other requirements.

126.    Consumers are unable to discover the true nature of Walmart's Products from the Products' packaging. Ordinary consumers do not have sufficient knowledge about the commercial fishing industry to know or ascertain that Walmart's Products are sourced using unsustainable practices that effectively destroy marine ecosystems and deplete fish stocks. Likewise, ordinary

consumers do not have sufficient knowledge about Walmart's practices to know or ascertain whether Walmart actually complies with Walmart's pervasive sustainability marketing campaign, MSC's Fishery Standards, and other requirements.

127.    Walmart knew or should have known that its Products are not sourced sustainably. In making false, deceptive, and misleading representations, Walmart intended to deceive reasonable consumers into buying and/or paying more for products marketed with a Sustainability Promise.

128.    Walmart's material misrepresentations and omissions set forth in this Amended Complaint were disseminated uniformly to Plaintiff and all Class Members through product packaging and labeling, exposing Plaintiff and all Class Members to Walmart's false, deceptive, and misleading advertising and unfair, unlawful, and fraudulent business practices.

129.    When purchasing Walmart's Products, Plaintiff relied upon Walmart's misrepresentations and omissions. Had Walmart not made a Sustainability Promise that was false, deceptive, and misleading, reasonable consumers would not have been willing to pay a price premium for the Products or would not have purchased the Products at all.

130.    Plaintiff was injured at the time of purchase as she would not have paid a premium price or purchased Walmart's Products had Walmart made truthful advertising statements and disclosed material information concerning the fishing practices involved with its Products, including its failure to comply with Walmart's pervasive sustainability marketing campaign, MSC's Fishery Standards, and the supported use of its Blue Tick.

131.    Walmart's material misrepresentations and omissions set forth in this Amended Complaint induced Plaintiff into purchasing Walmart's Products, resulting in remittance from

Plaintiff to the benefit of Walmart. Had Walmart advertised its Products truthfully, Plaintiff would not have paid Walmart for its Products.

132.    Plaintiff and Class Members have been, and will continue to be deceived or misled, by Walmart's false and misleading misrepresentations and omissions concerning the fishing practices used to source its Products.

133.    Plaintiff and Class Members are reasonable consumers who have been injured by purchasing Walmart's Products. Because of Walmart's material misrepresentations and omissions in its statements and advertisements concerning its Products, including on product packaging, and labeling, Plaintiff and Class Members were harmed at the time of purchase.

134.    Walmart's misrepresentations and omissions were a material factor in influencing Plaintiff's and Class Members' decision to purchase Walmart's Products.

135.    Walmart's conduct has injured Plaintiff and Class Members because Walmart's Products are not sustainably sourced, and do not comply with Walmart's pervasive sustainability marketing campaign or MSC's own standards. Rather, the fishing practices of Walmart's suppliers are known to be destructive, and Walmart failed to conspicuously disclose this reality to Plaintiff and Class Members.

136.    Walmart continues to engage in the unlawful acts and practices set forth in this Amended Complaint.

137.    Unless enjoined, Walmart's unlawful acts and practices described in this Amended Complaint will continue.

## CLASS ACTION ALLEGATIONS

138.     Plaintiff Sanchez brings this matter on behalf of herself and those similarly situated. As detailed at length in this Amended Complaint, Walmart orchestrated deceptive marketing, advertisement, and labeling practices. Walmart's customers were uniformly impacted by and exposed to this misconduct. Accordingly, this Amended Complaint is uniquely situated for class-wide resolution.

139.     Plaintiff Sanchez brings this action as a class action pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 23 on behalf of herself and all others similarly situated as members. The Nationwide Class is defined as:

> **All persons who purchased in the United States any of the Seafood Products, within the applicable statute of limitations, until the date notice is disseminated.**

140.     Plaintiff Sanchez brings this action as a class action individually and all others similarly situated. The Multi-State Consumer Protection Class is defined as:

> **All persons who purchased in the State of Illinois or any state with similar laws[149] any of the Seafood Products, within the applicable statute of limitations, until the date notice is disseminated.**

141.     Plaintiff Sanchez also seeks certification, to the extent necessary or appropriate, of a subclass of individuals who purchased the Products in the state of Illinois at any time during the Class Period (the "Illinois Subclass") as follows:

---

[149] While discovery may alter the following, Plaintiff asserts that the other states with similar consumer fraud laws under the facts of this case include but are not limited to: California (Cal. Bus. & Prof. Code § 17200*, et seq*.); Florida (Fla. Stat. §§ 501.201, *et seq*.); Illinois (815 ICLS §§ 505/1, *et seq*.); Massachusetts (Mass. Gen. Laws Ch. 93A, *et seq*.); Michigan (Mich. Comp. Laws §§ 445.901, *et seq*.); Minnesota (Minn. Stat. §§ 325F.67, *et seq*.); New Jersey (N.J. Stat. §§ 56:8-1, *et seq*.); New York (N.Y. Gen. Bus. Law §§ 349, *et seq*.); Washington (Wash. Rev. Code §§ 19.86.010, *et seq*.); *See Mullins v. Direct Digital, LLC*, No. 13-cv-1829, 2014 WL 5461903 (N.D. Ill. Sept. 30, 2014), *aff'd*, 795 F.3d 654 (7th Cir. 2015).

**All persons who purchased in the State of Illinois any of the Seafood Products, within the applicable statute of limitations, until the date notice is disseminated.**

142.     The Nationwide Class, Multi-State Consumer Protection Class, and Illinois Subclass are referred to collectively throughout the Amended Complaint as the Class, and the members of the Classes are referred to as the "Class Members." Specifically excluded from the Classes are: (1) Defendant, any entity in which Defendant has a controlling interest, and its legal representatives, officers, directors, employees, assigns and successors; (2) the Judge to whom this case is assigned and any member of the Judge's staff or immediate family; and (3) Class Counsel. Plaintiff reserves the right to amend the class definitions as necessary.

143.     The Class is properly brought and should be maintained as a class action under Rule 23(a), satisfying the class action prerequisites of numerosity, commonality, typicality, and adequacy because:

144.     **Numerosity**: Class Members are so numerous that joinder of all members is impracticable. Plaintiff believes that there are thousands of consumers who are Class Members that have been damaged by Walmart's deceptive and misleading practices.

145.     **Commonality**: The questions of law and fact common to the Class Members, which predominate over any questions that may affect individual Class Members include, but are not limited to:

>    (a)     Whether Walmart is responsible for the conduct alleged herein, which was uniformly directed at all consumers who purchased the Seafood Products;

>    (b)     Whether Walmart's misconduct set forth in this Amended Complaint demonstrates that Walmart has engaged in unfair, fraudulent, or unlawful

business practices with respect to the advertising, marketing, and sale of its Seafood Products;

(c)    Whether Walmart made false and/or misleading statements to the Class and the public concerning the contents of its Seafood Products;

(d)    Whether Walmart's false and misleading statements concerning its Seafood Products were likely to deceive the public;

(e)    Whether Plaintiff and the Class are entitled to money damages and/or restitution under the same causes of action as the other Class Members and, if so, the amount of such damages or restitution;

(f)    Whether injunctive relief is appropriate under the circumstances; and

(g)    Whether Plaintiff and other Class Members are entitled to declaratory or other equitable relief.

146.   **Typicality**: Plaintiff is a member of the Class. Plaintiff's claims are typical of the claims of each Class Member in that every member of the Class was susceptible to the same deceptive, misleading conduct and purchased Walmart's Products. Plaintiff is entitled to relief under the same causes of action as the other Class Members.

147.   **Adequacy**: Plaintiff Sanchez is an adequate Class representative because her interests do not conflict with the interests of the Class Members she seeks to represent; her consumer protection claims are common to all members of the Class, and she has a strong interest in vindicating their rights; she has retained counsel that is competent and experienced in complex class action litigation and she intends to vigorously prosecute this action.

148.   **Predominance**: Pursuant to rule 23(b)(3), the common issues of law and fact identified above predominate over any other questions affecting only individual members of the

Class. The Class issues fully predominate over any individual issue because no inquiry into individual conduct is necessary; all that is required is a narrow focus on Walmart's deceptive and misleading marketing and labeling practices.

149. **Superiority**: A class action is superior to other available methods for the fair and efficient adjudication of this controversy because:

(a) The joinder of thousands of individual Class Members is impracticable, cumbersome, unduly burdensome, and a waste of judicial and/or litigation resources;

(b) The individual claims of the Class Members may be relatively modest compared with the expense of litigating the claim, thereby making it impracticable, unduly burdensome, and expensive—if not totally impossible—to justify individual actions;

(c) When Walmart's liability has been adjudicated, all Class Members' claims can be determined by the Court and administered efficiently in a manner far less burdensome and expensive than if it were attempted through filing, discovery, and trial of all individual cases;

(d) This class action will promote orderly, efficient, expeditious, and appropriate adjudication and administration of Class claims;

(e) Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action;

(f) This class action will assure uniformity of decisions among Class Members;

(g) The Class is readily definable and prosecution of this action as a class action will eliminate the possibility of repetitious litigation;

(h)     Class Members' interests in individually controlling the prosecution of separate actions is outweighed by their interest in efficient resolution by a single class action; and

(i)     It would be desirable to concentrate in this single venue the litigation of all plaintiffs who were induced by Walmart's uniform false marketing and advertising to purchase its Products as being sustainably sourced.

150.    Accordingly, this Class is properly brought and should be maintained as a class action under Rule 23(b)(3) because questions of law or fact common to Class Members predominate over any questions affecting only individual members, and because a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

## CLAIMS FOR RELIEF

### COUNT ONE
### VIOLATION OF THE ILLINOIS
### CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT, 815 Ill. Comp. Stat. 505/1, *et seq.*
### (By Plaintiff Sanchez on Behalf of the Illinois Subclass)

151.    Plaintiff Sanchez incorporates the preceding paragraphs as if fully set forth herein.

152.    Plaintiff Sanchez brings this action individually and on behalf of the Illinois Subclass.

153.    In Illinois, the "Consumer Fraud and Deceptive Business Practices Act" 815 Ill. Comp. Stat. 505/1, *et seq.*, prohibits "unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such

material fact or the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act' . . . ."

154.    Plaintiff Sanchez and the Illinois Subclass Members were injured by Walmart's deceptive misrepresentations, concealments and omissions and these misrepresentations, concealments and omissions were material and deceived Plaintiff Sanchez and Class. Because Plaintiff Sanchez and the Illinois Subclass Members relied on Walmart's misrepresentations, concealments and omissions when purchasing Walmart's Products, they were injured at the time of purchase.

155.    Walmart does business in Illinois, sells, and distributes its Seafood Products in Illinois, and engaged in deceptive acts and practices in connection with the sale of the Seafood Products in Illinois and elsewhere in the United States.

156.    The Seafood Products purchased by Plaintiff Sanchez and the Illinois Subclass Members were "consumer items" as that term is defined under the Illinois Consumer Fraud Act.

157.    Walmart engaged in unfair and deceptive acts in violation of 815 Ill. Comp. Stat. 505/2 when it misrepresented and deceptively concealed, suppressed and/or omitted the material information known to Walmart as set forth above concerning its Products, which has caused damage and injury to Plaintiff Sanchez and the Illinois Subclass Members. Plaintiff Sanchez and the Illinois Subclass Members were injured by Walmart's unfair and deceptive acts at the time of purchasing Walmart's Seafood Products.

158.    Walmart represented, directly or indirectly, that its Seafood Products were "sustainable" when, in reality, they are not.

159. Walmart failed to disclose in its advertising statements the material fact that despite the uniform Sustainability Promise on the packaging of the Seafood Products, that they were, in fact, not "sustainable."

160. Walmart knew or should have known that its Sustainability Promise, including the sustainability representations on the front of the Seafood Product packaging, were false and misleading, and that by omitting and failing to disclose the truth in its advertising, it omitted material facts that would alter any reasonable consumer's decision to purchase the Products.

161. Walmart's deceptive acts occurred in a course of conduct involving trade and commerce in Illinois and throughout the United States.

162. Walmart intended Plaintiff Sanchez and the Illinois Subclass Members to rely on its deceptive acts when purchasing Walmart's Products.

163. Walmart's deceptive acts proximately caused actual injury and damage to Plaintiff Sanchez and the Illinois Subclass Members at the time of purchase.

164. Plaintiff Sanchez and the Illinois Subclass Members would not have purchased, or would have paid less for, Walmart's Products but for Walmart's material misrepresentations as described in this Amended Complaint.

## COUNT TWO
### VIOLATION OF THE ILLINOIS
### UNIFORM DECEPTIVE TRADE PRACTICES ACT, 815 Ill. Comp. Stat. 510/2, *et seq.*
#### (By Plaintiff Sanchez on Behalf of the Illinois Subclass)

165. Plaintiff Sanchez incorporates the preceding paragraphs as if fully set forth herein.

166. Plaintiff Sanchez brings this action individually and on behalf of the Illinois Subclass.

167. The Illinois Deceptive Trade Practices Act ("UDTPA"), 815 Ill. Comp. Stat. 510/2, *et seq.*, prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices,

including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact."

168.    815 ILCS 510/2 provides in pertinent part that a "person engages in a deceptive trade practice when, in the course of his or her business, vocation, or occupation," the person does any of the following: "(5) represents that goods or services have . . . uses, benefits or quantities that they do not have . . .; (7) represents that goods or services are of a particular standard, quality, or grade or that goods are a particular style or model, if they are of another; . . . [or] (12) engages in any other conduct which similarly creates a likelihood of confusion or misunderstanding."

169.    Walmart engaged in unfair and deceptive acts in violation of 815 Ill. Comp. Stat. 510/2 when it misrepresented and deceptively concealed, suppressed and/or omitted the material information known to Walmart as set forth above concerning its Seafood Products, which have caused damage and injury to Plaintiff Sanchez and the Illinois Subclass Members. Plaintiff Sanchez and the Illinois Subclass Members were injured by Walmart's unfair and deceptive conduct at the time of purchasing Walmart's Products.

170.    With its Sustainability Promise, including the "certified sustainable seafood" representations on the front of the Seafood Product packaging, Walmart represented, directly or indirectly, that its Products were "sustainable," when, in reality, they are not.

171.    Walmart failed to disclose in its advertising statements the material fact that the Products are not "sustainable."

172.    Walmart knew or should have known that its Sustainability Promise was false and misleading, and that by omitting and failing to disclose the truth in its advertising, it omitted material facts that would alter any reasonable consumer's decision to purchase the Products.

54

173.    Walmart's deceptive acts occurred in a course of conduct involving trade and commerce in Illinois and throughout the United States.

174.    Walmart's deceptive acts proximately caused actual injury and damage to Plaintiff Sanchez and the Illinois Subclass Members at the time of purchase.

175.    Plaintiff Sanchez and the Illinois Subclass Members would not have purchased, or would have paid less for, Walmart's Products but for Walmart's material misrepresentations as described in this Amended Complaint.

176.    Walmart intended Plaintiff Sanchez and the Illinois Subclass Members to rely on its deceptive acts when purchasing the Products.

## COUNT THREE
## VIOLATION OF STATE CONSUMER PROTECTION STATUTES
### (By Plaintiff Sanchez on Behalf of the Multi-State Consumer Protection Class)

177.    Plaintiff Sanchez incorporates the preceding paragraphs as if fully set forth herein.

178.    Plaintiff Sanchez brings this action individually and on behalf of the Multi-State Consumer Protection Class.

179.    Plaintiff Sanchez and Multi-State Consumer Protection Class Members have been injured as a result of Walmart's violations of the state consumer protection statutes listed above in paragraph 140 and footnote 149, which also provide a basis for redress to Plaintiff Sanchez and Multi-State Consumer Protection Class Members based on Walmart's fraudulent, deceptive, unfair and unconscionable acts, practices and conduct.

180.    Walmart's conduct as alleged herein violates the consumer protection, unfair trade practices and deceptive acts laws of each of the jurisdictions encompassing the Multi-State Consumer Protection Class.

181.    Walmart violated the Multi-State Consumer Protection Class states' unfair and deceptive acts and practices laws with the Sustainability Promise, including the "certified

sustainable seafood" representations on the front of the Seafood Product packaging, when, in reality, the Seafood Products are not sustainable.

182.    Walmart's misrepresentations were material to Plaintiff Sanchez and Multi-State Consumer Protection Class Members' decision to purchase the Products or pay a premium for the Products.

183.    Walmart made its untrue and/or misleading statements and representations willfully, wantonly, and with reckless disregard for the truth.

184.    As a result of Walmart's violations of the aforementioned states' unfair and deceptive practices laws, Plaintiff Sanchez and Multi-State Consumer Protection Class Members paid a premium for the Products.

185.    As a result of Walmart's violations, Walmart has been unjustly enriched.

186.    Pursuant to the aforementioned states' unfair and deceptive practices laws, Plaintiff Sanchez and Multi-State Consumer Protection Class Members are entitled to recover compensatory damages, statutory damages, restitution, punitive and special damages including but not limited to treble damages, reasonable attorneys' fees and costs and other injunctive or declaratory relief as deemed appropriate or permitted pursuant to the relevant law.

**COUNT FOUR**
**UNJUST ENRICHMENT/QUASI-CONTRACT**
**(By Plaintiff on Behalf of the Nationwide Class,**
**or in the Alternative, the Illinois Subclass)**

187.    Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

188.    Plaintiff brings this action individually and on behalf of the Nationwide Class, or in the alternative, on behalf of the Illinois Subclass.

189.    Walmart's unfair and unlawful contract includes, among other things, making false and misleading representations and omissions of material fact, as set forth in this Amended

Complaint. Walmart's acts and business practices offend the established public policy of Illinois, as there is no societal benefit from false advertising, only harm. While Plaintiff and Nationwide Class Members were harmed at the time of purchase, Walmart was unjustly enriched by its misrepresentations and omissions.

190.    Plaintiff and Nationwide Class Members were harmed when purchasing Walmart's Products as a result of Walmart's material representations and omissions, as described in this Amended Complaint. Plaintiff and Nationwide Class Members purchased Walmart's Products. Plaintiff and Nationwide Class Members have suffered injury in fact and lost money as a result of paying a premium price for the Products and by purchasing the Products at all, and as a result of Walmart's unlawful, unfair, and fraudulent business practices.

191.    Walmart's conduct allows Walmart to knowingly realize substantial revenues from selling its Products at the expense of, and to the detriment of, Plaintiff and Nationwide Class Members, and to Walmart's benefit and enrichment. Walmart's retention of these benefits violates fundamental principles of justice, equity, and good conscience.

192.    Plaintiff and Nationwide Class Members confer significant financial benefits and pay substantial compensation to Walmart for its Products, which are not as Walmart represent them to be.

193.    Under common law principles of unjust enrichment and quasi-contract, it is inequitable for Walmart to retain the benefits conferred by Plaintiff's and Nationwide Class Members' overpayments.

194.    Plaintiff and Nationwide Class Members seek disgorgement of all profits resulting from such overpayments and establishment of a constructive trust from which Plaintiff and Nationwide Class Members may seek restitution.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, on behalf of herself and the Class, prays for judgment as follows:

1. Declaring this action to be a proper class action and certifying Plaintiff as the representative of the Class under Rule 23 of the Federal Rules of Civil Procedure;

2. Awarding monetary damages, including treble damages and statutory damages;

3. Awarding punitive damages;

4. Providing for any and all injunctive relief the Court deems appropriate;

5. Awarding Plaintiff pre-judgment interest and post-judgment interest, to the extent permitted by law;

6. Awarding Plaintiff and Class Members their costs and expenses incurred in this action, including reasonable allowance of fees for Plaintiff's attorneys and experts, and reimbursement of Plaintiff's expenses; and

7. Granting such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: July 14, 2023                    */s/ Melissa S. Weiner*
                                        MELISSA S. WEINER
                                         mweiner@pwfirm.com
                                        **PEARSON WARSHAW, LLP**
                                        328 Barry Avenue South, Suite 200
                                        Wayzata, Minnesota 55391
                                        Telephone:   (612) 389-0600
                                        Facsimile:   (612) 389-0610

                                        MICHAEL H. PEARSON
                                         mpearson@pwfirm.com
                                        **PEARSON WARSHAW, LLP**
                                        15165 Ventura Boulevard, Suite 400
                                        Sherman Oaks, California 91403
                                        Telephone: (818) 788-8300
                                        Facsimile:     (818) 788-8104

                                        GARY M. KLINGER
                                         gklinger@milberg.com
                                        **MILBERG COLEMAN BRYSON PHILLIPS
                                        GROSSMAN PLLC**
                                        227 West Monroe Street, Suite 2100
                                        Chicago, Illinois 60606
                                        Telephone: (866) 252-0878

                                        RACHEL L. SOFFIN
                                         rsoffin@milberg.com
                                        RUSSELL M. BUSCH
                                         rbusch@milberg.com
                                        **MILBERG COLEMAN BRYSON PHILLIPS
                                        GROSSMAN PLLC**
                                        800 South Gay Street, Suite 1100
                                        Knoxville, Tennessee 37929
                                        Telephone: (865) 247-0080

                                        HARPER T. SEGUI
                                         hsegui@milberg.com
                                        **MILBERG COLEMAN BRYSON PHILLIPS
                                        GROSSMAN PLLC**
                                        825 Lowcountry Boulevard, Suite 101
                                        Mt. Pleasant, South Carolina 29464

WENDY KERNER
 wkerner@1800lawfirm.com
**KRESCH LEGAL SERVICES PR, PLLC**
1225 Avenida Ponce de Leon, Suite 605
San Juan, Puerto Rico 00907
Telephone: (800) 529-3476

*Attorneys for Plaintiff and the Proposed Class*