# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marissa Sanchez

                      Plaintiff,

v.                                                      Case No.: 1:23−cv−01297
                                                           Honorable Manish S. Shah

Walmart, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Defendant's motion to dismiss [12] is terminated as moot, in light of plaintiff's filing of an amended complaint. Defendant shall respond to the amended complaint by 8/11/23. If defendant moves to dismiss, plaintiff's response is due 9/8/23 and defendant's reply is due 9/22/23. The parties' discovery progress report remains due 12/19/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.