# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARISSA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No.: 1:23-cv-1297<br><br>The Honorable Manish S. Shah |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION TO DISMISS BRIEF IN EXCESS OF 15 PAGES

Defendant Walmart Inc. ("Walmart"), by and through its counsel, respectfully moves this Court for leave to file a Memorandum of Law in Support of its Motion to Dismiss in excess of 15 pages (and no more than 20 total). In support of its request, Walmart states as follows:

1. Plaintiff filed a putative class action complaint on March 2, 2023 (Dkt. 1) and an amended complaint on July 14, 2023 (Dkt. 26). The amended complaint consists of 60 pages and 194 paragraphs, alleging that consumers have been misled by Walmart's marketing of various "certified sustainable seafood" products supported by a certification from the Marine Stewardship Council ("MSC") in the form of a blue stamp on the product packaging. The amended complaint seeks both monetary and injunctive relief and asserts four counts—unjust enrichment (quasi-contract or restitution) on behalf of the putative Nationwide Class, or in the alternative the putative Illinois Class; violations of the Illinois Consumer Fraud and Deceptive Trade Practices Act and Illinois Uniform Deceptive Trade Practices Act (on behalf of the putative Illinois Class); and violation of other states' substantially similar consumer protection statutes (on behalf of the

putative Multi-State Consumer Protection Class).

2. While it is substantially similar to the original complaint, the amended complaint adds or changes allegations to the "Nature of the Suit," "Factual Background," and "Class Action Allegations" sections, and it cites multiple sources across 149 footnotes, including third-party websites, news articles, reports, studies, and industry publications.

3. Walmart's responsive pleading is due August 11, 2023 (Dkt. 27). Walmart intends to file a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

4. Local Rule 7.1 provides that "[n]either a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court." L.R. 7.1

5. Walmart now seeks this Court's approval to file excess pages—no more than 5 (20 pages total)—in connection with its motion to dismiss brief. This extension will allow Walmart to adequately address the issues anticipated to be covered in its motion, including both jurisdictional and merits issues stemming from this putative consumer class action as framed in the amended complaint. Walmart respectfully seeks this extension given the expansiveness of the putative class action allegations set out in the amended complaint.

6. The parties have conferred about this motion, and Plaintiff does not object to the requested relief.

For these reasons, Walmart respectfully requests that the Court grant this Motion and permit Walmart to file a Memorandum of Law in connection with its Motion to Dismiss consisting of no more than 20 pages (exclusive of the caption, table of contents, table of authorities, and signature block).

Respectfully submitted,

Dated: August 8, 2023    By:    */s/ Kelly Mannion Ellis*
Kelly Mannion Ellis
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Tel: (312) 558-8321
Fax: (312) 558-5700
KMannion@winston.com
Ill. Bar No. 6327832

Amanda Groves (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, California 90071-1543
Tel: (213) 615-1851
Fax: (213) 615-1750
AGroves@winston.com

Jonathan Brightbill (*pro hac vice*)
1901 L Street NW
Washington, DC 20036-3506
Tel: (202) 282-5855
Fax: (202) 282-5100
JBrightbill@winston.com

*Attorneys for Defendant Walmart Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By Counsel,

*/s/ Kelly Mannion Ellis*
Kelly Mannion Ellis
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*An attorney for Defendant*