Marissa Sanchez
                        Plaintiff,

v.                                                    Case No.: 1:23−cv−01297
                                                        Honorable Manish S. Shah

Walmart, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 8, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file excess pages [29] is granted. Defendant's motion to dismiss due on 8/11/23 may be 20 pages; plaintiff's response due on 9/8/23 may be 20 pages; and defendant#039;s reply due on 9/22/23 may be 15 pages. The parties' discovery progress report remains due 12/19/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.