IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISSA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No.: 1:23-cv-1297<br><br>The Honorable Manish S. Shah |

## DEFENDANT WALMART INC.'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Walmart Inc., through undersigned counsel, hereby moves this Court to dismiss Plaintiff's Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and for the reasons set forth in the Memorandum in Support of this motion, filed contemporaneously herewith.

Respectfully submitted,

**WINSTON & STRAWN LLP**

Dated: August 11, 2023

By:   */s/ Kelly Mannion Ellis*
      Kelly Mannion Ellis
      35 W. Wacker Drive
      Chicago, Illinois 60601-9703
      Tel: (312) 558-8321

Fax: (312) 558-5700
KMannion@winston.com
Ill. Bar No. 6327832

Amanda Groves (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, California 90071-1543
Tel: (213) 615-1851
Fax: (213) 615-1750
AGroves@winston.com

Jonathan Brightbill (*pro hac vice*)
1901 L Street NW
Washington, DC 20036-3506
Tel: (202) 282-5855
Fax: (202) 282-5100
JBrightbill@winston.com

*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By Counsel,

*/s/ Kelly Mannion Ellis*
Kelly Mannion Ellis
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*An attorney for Defendant*