**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARISSA SANCHEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | Case No.: 1:23-cv-01297<br><br>Honorable Manish S. Shah |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marissa Sanchez ("Plaintiff") and Defendant Walmart Inc. ("Defendant" and/or "Walmart") (collectively, the "Parties"), through their counsel, hereby stipulate to the dismissal of this case without prejudice with leave to reinstate on or before November 15, 2024. In the event a motion to reinstate is not filed on or before November 15, 2024, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

DATED: October 15, 2024

By: */s/ Melissa S. Weiner (with consent)*

MELISSA S. WEINER
mweiner@pwfirm.com
RYAN T. GOTT
rgott@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

GARY M. KLINGER
gklinger@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 West Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878

RACHEL L. SOFFIN
rsoffin@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080

HARPER T. SEGUI
hsegui@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
825 Lowcountry Boulevard, Suite 101
Mt. Pleasant, South Carolina 29464

DANIEL L. WARSHAW
dwarshaw@pwfirm.com
MICHAEL H. PEARSON
mpearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

ARI KRESCH
akresch@1800lawfirm.com
WENDY KERNER
wkerner@1800lawfirm.com
**KRESCH LEGAL SERVICES PR, PLLC**
1225 Avenida Ponce de Leon, Suite 605
San Juan, Puerto Rico 00907
Telephone: (800) 529-3476

*Attorneys for Plaintiff and the Proposed Class*

Dated: October 15, 2024

**WINSTON & STRAWN LLP**

By: /s/ Reid Smith
Reid Smith
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Tel.: (312) 558-7241
Fax: (312) 558-5700
rfsmith@winston.com
Ill. Bar No. 6317122

Amanda Groves (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, California 90071-1543
Tel.: (213) 615-1851
Fax: (213) 615-1750
agroves@winston.com

Jonathan Brightbill (pro hac vice)
1901 L Street NW
Washington, DC 20036-3506
Tel.: (202) 282-5855
Fax: (202) 282-5100
jbrightbill@winston.com

*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By Counsel,

*/s/ Reid F. Smith*
Reid F. Smith
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-7241
Facsimile: (312) 558-5700

*An attorney for Defendant*