**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Marissa Sanchez
Plaintiff,
v.
Walmart, Inc.
Defendant.

Case No.: 1:23−cv−01297
Honorable Manish S. Shah

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2024:

MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [61], this case is dismissed without prejudice and with leave to reinstate on or before November 15, 2024. If no motion to reinstate is filed by November 15, 2024, the dismissal shall automatically convert to one with prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.